UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

Case Number: 5:12CR4-1-V

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| Vs. ) | ORDER |
| ) | |
| HUNTER GAITHER, ) | |
| ) | |
| Defendant ) | |

*FILED In Court*
*Statesville, NC*
*SEP 1 2 2012*
*US District Court*
*Western District of NC*

The parties are hereby directed to maintain all exhibits offered and admitted in the above entitled case by either party during, following trial and appeal period; and

IT IS ORDERED that the Clerk is hereby relieved of all responsibility for said exhibits.

This 12th day of September, 2012.

RICHARD L. VOORHEES
United States Judge Presiding